BEFORE THE SECOND DIVISION, DECEMBER 9, 1940

**No. 44889.**—Protests 106492–G, etc., of Amrein, Freudenberg & Co. et al. (New York).

Opinion by TILSON, J. The evidence established that the merchandise consists of Normandy lace the same as that involved in *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40). The claim at 75 percent under paragraph 1430 was therefore sustained.